# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SHELLIE K. PHILLIPS,

        Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Case No. 3:22-cv-00239-SLG

## ORDER RE STIPULATED MOTION FOR REMAND

Before the Court at Docket 19 is the parties' *Stipulated Motion for Remand.* IT IS HEREBY ORDERED that the stipulated motion is GRANTED as follows:

The above-captioned case is reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be directed to obtain supplemental evidence from a vocational expert and to pose a hypothetical question that includes all of the claimant's limitations; to offer the claimant the opportunity for a hearing; to take any further action needed to complete the administrative record; and to issue a new decision. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 18th day of May 2023, at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE