# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELLIE K. PHILLIPS,<br><br>    Plaintiff,<br> v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:22-cv-00239-SLG |

## ORDER RE PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Before the Court at Docket 22 is *Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act.* The motion is here by GRANTED. IT IS ORDERED that Plaintiff, Shellie K. Phillips, is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Eight Thousand Dollars ($8,000.00) and Four Hundred Two dollars ($402.00) in costs, to be paid separately from the Judgment Fund.

It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program the remaining EAJA fees, after offset, will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney. Cost payments are to be made by electronic funds transfer.

DATED this 14th day of August, 2023 at Anchorage, Alaska.

                */s/ Sharon L. Gleason*
                UNITED STATES DISTRICT JUDGE